STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis

*Counsel for the Petitioners Rachelle Frisby and John Johnston,
in their capacity as the Joint Provisional Liquidators
and Proposed Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| SPENCER CAPITAL HOLDINGS LTD.,[1] | Case No. 20-12287 (JLG) |
| Debtor in Foreign Proceeding. | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(4) AND 7007.1
AND LOCAL BANKRUPTCY RULE 1007-3**

Rachelle Frisby and John Johnston of Deloitte Ltd., in their capacities as the joint provisional liquidators and authorized foreign representatives ("Petitioners" or "JPLs") for Spencer Capital Holdings Ltd. ("SCHL" or "Debtor"), in provisional liquidation currently pending before the Supreme Court of Bermuda (the "Bermuda Court"), Civil Jurisdiction - Commercial Court, Companies (Winding Up), 2019: No. 380 (the "Bermuda Proceeding"), by and through their undersigned counsel, respectfully submit this Statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

---

[1] SCHL (defined herein), a foreign Debtor, is a Bermuda limited company with a registered address in Bermuda of Corner House, 20 Parliament Street, Hamilton, HM 12 Bermuda.

The following entities directly or indirectly own the following percentages of Debtor's equity interests: NONE.

Dated: September 25, 2020
      New York, New York

                        STEVENS & LEE, P.C.

                        By: */s/ Constantine D. Pourakis*
                              Nicholas F. Kajon
                              Constantine D. Pourakis
                              Andreas D. Milliaressis
                              485 Madison Avenue, 20th Floor
                              New York, New York 10022
                              Telephone: 212-319-8500
                              Facsimile: 212-319-8505
                              nfk@stevenslee.com
                              cp@stevenslee.com
                              adm@stevenslee.com

                        *Counsel for the Petitioners Rachelle Frisby and*
                        *John Johnston, in their capacity as Joint*
                        *Provisional Liquidators and Proposed Foreign*
                        *Representatives*